# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| ESPERANZA ZAMORA, | ) | |
| | ) | |
| Plaintiff(s), | ) | Case No. 2:12-cv-01709-GMN-NJK |
| | ) | |
| vs. | ) | ORDER SETTING HEARING |
| | ) | |
| WALGREEN CO., | ) | (Docket No. 24) |
| | ) | |
| Defendant(s). | ) | |

Pending before the Court is a motion for sanctions. Docket No. 24. Defendant filed a response and Plaintiff filed a reply. Docket Nos. 27, 31. The Court hereby SETS the motion for hearing for November 26, 2013, at 10:00 a.m. in Courtroom 3D.

IT IS SO ORDERED.

DATED: November 18, 2013

_____
NANCY J. KOPPE
United States Magistrate Judge