1

2 **UNITED STATES DISTRICT COURT**

3 **DISTRICT OF NEVADA**

4

5
Esperanza Zamora, individually;

6                                                        Case No. 2:12-cv-01709-APG-NJK

                   Plaintiff,                            **ORDER OVERRULING PLAINTIFF'S**
7                                                        **OBJECTIONS TO ORDER DENYING**
                                                         **ADVERSE INFERENCE DUE TO**
      v.                                                 **SPOLIATION OF EVIDENCE**
8

9 Walgreen Co. d/b/a Walgreen's; and                     (Dkt. No. 42)
   DOES 1 through 100; and ROE
   CORPORATIONS 101 through 200,
10

11                 Defendants.

12
        Before the Court is Plaintiff's Objections [Dkt. No. 42] to Magistrate Judge Koppe's
13
   Order [Dkt. No. 34] regarding Plaintiff's Motion for Sanctions [Dkt. No. 24].
14
        A magistrate judge's ruling on a non-dispositive matter will be modified or set aside only
15
   if "clearly erroneous or contrary to law." 28 U.S.C. § 636(b)(1)(A); *see* Fed. R. Civ. P. 72(a);
16
   *Grimes v. City & Cnty. of San Francisco*, 951 F.2d 236, 241 (9th Cir. 1991). In reviewing for
17
   clear error, a district judge may not simply substitute his or her judgment for that of the
18
   magistrate judge. *See Grimes*, 951 F.2d at 241. A magistrate judge's ruling is clearly erroneous
19
   only when the district court is left with a "definite and firm conviction that a mistake has been
20
   committed." *Burdick v. Comm'r Internal Rev. Serv.*, 979 F.2d 1369, 1370 (9th Cir. 1992); *see*
21
   *United States v. Abonce-Barrera*, 257 F.3d 959, 969 (9th Cir. 2001) (noting that a magistrate
22
   judge's decisions about non-dispositive matters are entitled to great deference).
23
        Upon careful review of the record in accordance with 28 U.S.C. § 636(b)(1)(A), (B), and
24
   (C) and Local Rule IB 3-1, the Court determines that Judge Koppe's ruling [Dkt. No. 34] is not
25
   clearly erroneous or contrary to law.
26

27

28

1

2

3   IT IS THEREFORE ORDERED that Magistrate Judge Koppe's Order [Dkt. No. 34] is AFFIRMED, Plaintiff's Objections are overruled, and Plaintiff's Motion for Sanctions [Dkt. No. 24] is DENIED.

4

5   DATED THIS 14th day of April, 2014.

6

7

8   ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28