BERNSTEIN AND POISSON
SCOTT L. POISSON, ESQ.
Nevada Bar No.: 10188
JAMIE H. CORCORAN, ESQ.
Nevada Bar No.: 11790
**BERNSTEIN & POISSON**
320 South Jones Blvd.
Las Vegas, Nevada 89107
(702) 256-4566
(702) 256-6280 fax
Jamie@vegashurt.com
Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Esperanza Zamora, individually;<br><br>Plaintiff,<br><br>vs.<br><br>Walgreen Co. d/b/a Walgreen's; and DOES 1 through 100; and ROE CORPORATIONS 101 through 200<br><br>Defendants. | Case No. 2:12-cv-01709-APG-GWF |

# NOTICE OF SETTLEMENT

The parties by and through their respective counsel hereby provide notice that the above referenced parties have reached a settlement in the above matter.

-1-

| **BERNSTEIN & POISSON** | **STUTZ ARTIANO SHINOFF & HOLTZ** |
|---|---|
| */s/ Jamie H. Corcoran, Esq.* | */s/ Scott Ingold, Esq.* |
| _____ | _____ |
| Jamie H. Corcoran, Esq. | Scott Ingold, Esq. |
| Nevada Bar No.: 8976 | Stutz, Artiano, Shinoff & Holtz |
| 320 South Jones Blvd | 1120 Town Center Dr #210 |
| Las Vegas, Nevada 89107 | Las Vegas, NV 89144 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

## **ORDER**

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above matter be taken off the Court's trial calendar and the calendar call scheduled for April 23, 2014 be vacated.

IT IS FURTHER ORDERED that the parties shall submit either dismissal papers or a status report no later than June 24, 2014.

IT IS SO ORDERED"

_____
UNITED STATES MAGISTRATE JUDGE

Dated: April 22, 2014

-2-